# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH AND WELFARE TRUST FUND;   [SEE ATTACHED CAPTION]<br><br>V.<br><br>HAL PIERCE ELECTRIC COMPANY, INC., a California Corporation | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: **MMC**<br><br>**C 07 – 3098** |

TO: (Name and address of defendant)

HAL PIERCE ELECTRIC COMPANY, INC.
c/o its Agent for Service of Process - HAROLD G. PIERCE
1080 Nimitz Avenue, Suite 400
Vallejo, CA 94592-1039

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott M. De Nardo (Cal. Bar No. 216749)
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Tel. (415) 677-9440
Fax. (415) 677-9445
Email: sdenardo@neyhartlaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen
(BY) DEPUTY CLERK

DATE  JUN 1 3 2007

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____         _____
                      Date                                          Signature of Server

                                                                     _____
                                                                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT M. DENARDO, ESQ. (216749)<br>NEYHART ANDERSON FREITAS FLYNN & GROSBOLL<br>44 Montgomery Street, Suite 2080<br>San Francisco, California 94104 | (415) 677-9440 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2478948 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
SOLANO & NAPA COUNTIES ELECTRICAL

Defendant:
HAL PIERCE ELECTRIC COMPANY, INC

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C 07-3098 MMC |
|---|---|---|---|---|

I, Scott E. Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT ; INITIAL CASE MANAGEMENT SCHEDULING ORDER; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ADR PACKAGE; REGISTRATION

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : HAL PIERCE ELECTRIC COMPANY, INC., a California corporation

By Serving : MATT PIERCE, Service Manager/Authorized to Accept Service of Process

Address : 1080 Nimitz Avenue, Suite 4400, Vallejo, California 94592
Date & Time : Thursday, June 14, 2007 @ 7:15 a.m.
Witness fees were : Not applicable.

RECEIVED JUN 18 2007 Neyhart, Anderson, Flynn & Grosboll

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
　(1) Employee or independent contractor
　(2) Registration No.: 2005-0000341
　(3) County: San Francisco
　(4) Expires: 7/26/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 15, 2007                    Signature: _____
                                                  Scott E. Lane


Printed on recycled paper