United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLANO & NAPA COUNTIES ELECTRICAL WORKERS HEALTH & WELFARE TRUST FUND, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>HAL PIERCE ELECTRIC COMPANY, INC.,<br><br>    Defendant<br>_____/ | No. C-07-3098 MMC<br><br>**ORDER CONDITIONALLY CLOSING CASE FOR STATISTICAL PURPOSES** |

On August 16, 2007, defendant notified the Court that the above-titled action has been automatically stayed, pursuant to 11 U.S.C. § 362(a), by the initiation of bankruptcy proceedings by defendant in the United States Bankruptcy Court for the Eastern District of California.

Accordingly, this case is hereby CLOSED for statistical purposes only.

Nothing contained in this order shall be considered a dismissal or disposition of the action, and should further proceedings become necessary herein, any party may initiate them in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: August 21, 2007

MAXINE M. CHESNEY
United States District Judge