1  WILLIAM J. FLYNN, Cal. Bar No. 95371
   SCOTT M. DE NARDO, Cal. Bar No. 216749
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   44 Montgomery Street, Suite 2080
3  San Francisco, CA 94104
   TEL: (415) 677-9440
4  FAX: (415) 677-9445
   Email: sdenardo@neyhartlaw.com
5
   Attorneys for Plaintiffs
6

7              UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   (San Francisco Division)

10
   SOLANO & NAPA COUNTIES                ) Case No. C 07-03098 MMC
11 ELECTRICAL WORKERS HEALTH AND         )
   WELFARE TRUST FUND; SOLANO &          ) **NOTICE OF VOLUNTARY DISMISSAL**
12 NAPA COUNTIES ELECTRICAL WORKERS)
   LABOR & MANAGEMENT COMMITTEE;         )
13 I.B.E.W. LOCAL 180 JOINT              ) **Hearing Date:**
   APPRENTICESHIP TRAIINING TRUST        ) **Time:**
14 FUND; SOLANO AND NAPA COUNTIES        ) **Courtroom:**   7
   ELECTRICAL WORKERS PENSION TRUST      ) **Location:**    19th Floor,
15 FUND; SOLANO & NAPA COUNTIES          )                  450 Golden Gate Ave.
   ELECTRICAL WORKERS PROFIT             )                  San Francisco, CA
16 SHARING PLAN; LOCAL 180 of the        ) **Judge:**       Hon. Maxine M. Chesney
   INTERNATIONAL BROTHERHOOD OF          )
17 ELECTRICAL WORKERS, AFL-CIO; and,     )
   DAN BROADWATER, as Trustee of the     )
18 Plaintiff Trusts and Co-chair of the Committee, )
                                         )
19          Plaintiffs,                  )
                                         )
20     vs.                               )
                                         )
21 HAL PIERCE ELECTRIC COMPANY, INC., a  )
   California Corporation,               )
22                                       )
            Defendant.                   )
23                                       )
                                         )
24                                       )
                                         )
25 _____)

26

27

28

**NOTICE OF VOLUNTARY DISMISSAL**                                              0
Case No. C-07-3098 MMC

1  NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a), Plaintiffs voluntarily
2  dismiss the above-captioned action against all parties without prejudice.

Respectfully submitted,

Dated: August 21, 2007

Scott M. De Nardo
NEYHART, ANDERSON, FLYNN & GROSBOLL
Attorneys for Plaintiffs

---

NOTICE OF VOLUNTARY DISMISSAL
Case No. C-07-3098 MMC

1

**PROOF OF SERVICE BY MAIL**

I, the undersigned, delcare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years of age and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, California 94104-6702. On August 21, 2007, I served the within:

**NOTICE OF VOLUNTARY DISMISSAL**

On the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

LAW OFFICES OF RICHARD V. DAY
Mr. Richard V. Day
563 Jefferson Street
Napa, CA 94559-3236

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 21, 2007, at San Francisco, California.

*Judy Dunworth*

---

NOTICE OF VOLUNTARY DISMISSAL                                         2
Case No. C-07-3098 MMC